UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARSHALL L. FIELD,

    Petitioner,

v.

JOSIE GASTELO,

    Respondent.

Case No. 17-cv-05687-SI

**JUDGMENT**

This action is dismissed for failure to state a claim upon which habeas relief may be granted.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 12, 2018

SUSAN ILLSTON
United States District Judge